# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BARBOUR,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01702-DAD-EPG<br><br>**ORDER VACATING DEADLINES AND OTHER DATES SET IN THIS CASE AND SETTING FOR STATUS CONFERENCE IN LIGHT OF COVID-19 CRISIS**<br><br>**(ECF No. 18)** |

Pursuant to the stipulation of the parties (ECF No. 18), and finding good cause exists,

IT IS ORDERED that all current deadlines and dates set in this case are VACATED, and a telephonic status conference is set for **May 11, 2020, at 10:00 a.m.** before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are directed to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

　　Dated: __March 25, 2020__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE