UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEX BARBOUR, | ) | Case No. 1:18-cv-01702-DAD-EPG |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER MODIFYING SCHEDULING ORDER |
| vs. | ) ) | |
| COUNTY OF STANISLAUS, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the schedule proposed by the parties in their joint status report (ECF No. 22) and as discussed during the June 18, 2020, status conference,

IT IS ORDERED:

1. The Scheduling Order (ECF No. 9), previously modified (ECF Nos. 16, 19), is further modified as follows:

| Event | New Date/Deadline |
|---|---|
| Non-expert discovery cutoff | December 18, 2020 |
| Expert disclosure deadline | January 22, 2021 |
| Supplemental/rebuttal expert disclosure deadline | February 19, 2021 |
| Expert discovery cutoff | March 19, 2021 |
| Dispositive pretrial motion filing deadline | April 16, 2021 |
| Pretrial conference | September 27, 2021, at 1:30 p.m. Courtroom 5 (DAD) |
| Trial | November 30, 2021, at 8:30 a.m. Courtroom 5 (DAD) |

2.  A telephonic status conference is set for **October 19, 2020, at 10:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

3.  The parties are directed to meet and confer regarding precautions and conditions that need to be implemented to allow depositions and other discovery to proceed.

IT IS SO ORDERED.

Dated:   **June 18, 2020**                             /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE