UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BARBOUR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01702-DAD-EPG<br><br>ORDER MODIFYING SCHEDULING ORDER |

　　On October 19, 2020, the Court held a status conference at which the parties and the Court discussed the schedule going forward in this action, including an extension of time to complete discovery. As discussed during that conference,

　　IT IS ORDERED:

　　1. The Scheduling Order (ECF No. 9), previously modified (ECF Nos. 16, 19, 24), is further modified as follows:

| Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-expert discovery cutoff | December 18, 2020 | February 19, 2021 |
| Expert disclosure deadline | January 22, 2021 | March 23, 2021 |
| Rebuttal expert disclosure deadline | February 19, 2021 | April 19, 2021 |
| Expert discovery cutoff | March 19, 2021 | May 19, 2021 |
| Dispositive motion filing deadline | April 16, 2021 | April 16, 2021 |
| Pretrial conference | September 27, 2021, 1:30 pm Courtroom 5 (DAD) | September 27, 2021, 1:30 pm Courtroom 5 (DAD) |
| Trial | November 30, 2021, 8:30 am Courtroom 5 (DAD) | November 30, 2021, 8:30 am Courtroom 5 (DAD) |

2. The parties are directed to contact Courtroom Deputy Michelle Rooney at mrooney@caed.uscourts.gov no later than October 30, 2020, regarding the parties' mediation plan.

IT IS SO ORDERED.

Dated: **October 19, 2020**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE